## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY A. WOLFE | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 07-01903 (JR) |
| | ) |
| Preston M. Geren, III | ) |
| Secretary of the Army | ) |
| | ) |
|       Defendant. | ) |

### NOTICE OF PROOF OF SERVICE

COMES NOW plaintiff, through undersigned counsel, and certifies to the Court that service of process in the above-captioned case has been completed. In support thereof, counsel provides the Court with proof of service of the Summons, Complaint, and a Notice of Right to Consent to Trial Before United States Magistrate Judge. Service of the above documents was accomplished via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant to Fed. R. Civ. P. 4(i). Pages 2 and 3 of this document prove that the U.S. Attorney General and the U.S. Attorney for the District of Columbia received the above documents on October 29, 2007. Page 4 demonstrates that the defendant received service without acknowledging the date of receipt but that the return receipt is post marked October 31, 2007.







Respectfully submitted,


/s/ Grant Lattin
Grant Lattin, DC Bar No. 436051
Lattin & Bednar, LLP
11970 Shorewood Court
Woodbridge, Virginia   22192
Tel:  703-490-0000
Fax: 703-991-0454