IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY A. WOLFE<br>4324 s. 13TH Street<br>Omaha, NE 68107-2319<br><br>           Plaintiff,<br><br>v.<br><br>PRESTON M. GEREN, III<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1903 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

      The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                    Respectfully submitted,

                                  _____/s/_____
                                  BRIAN C. BALDRATE
                                  Special Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Room E4408
                                  Washington, D.C. 20530
                                  (202) 353-9895