UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gregory A. Wolfe | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 07-1903 (JR) |
| | ) | |
| Preston M. Geren, III | ) | |
| Secretary of the Army | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff, by counsel, respectfully moves this Court for a 30-day extension of time, to and including February 8, 2008, within which to file his response to Defendant's Motion to Dismiss. This is plaintiff's first request for an extension of time. Defendant's counsel was contacted to obtain his position on this request for extension of time, and Defendant's counsel consented to the requested 30-day extension.

For cause, plaintiff states as follows:

1. Defendant's Motion to Dismiss was filed on December 26, 2007, and without this motion being granted, plaintiff will be required to file a response on or before January 9, 2008.

2. Plaintiff's counsel was out of town for his son's wedding from December 27, 2007, until the evening of December 30, 2007.

3. Upon his return plaintiff's counsel immediately began preparing for an anticipated change in employment that will necessitate withdrawal from this case and substitution of new counsel for plaintiff. Plaintiff's counsel will seek the Court's permission to withdraw and to substitute new counsel as soon as the appropriate arrangements have been made.

2

    4.  It is anticipated that the pleadings plaintiff will file in response to Defendant's Motion to Dismiss will be dispositive of this case.

    5.  Defendant had 60 days to prepare his motion to dismiss.  Plaintiff is therefore asking for an enlarged period of time to file his response.

    Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached.  For the foregoing reasons, plaintiff respectfully requests that this motion for an extension of time be granted.

Dated: December 31, 2007

                                              Respectfully submitted,

                                              /s/_____
                                              Grant Lattin, DC Bar No. 436051
                                              Lattin & Bednar, LLP
                                              11970 Shorewood Court
                                              Woodbridge, Virginia   22192
                                              Tel:  703-490-0000
                                              Fax: 703-991-0454

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gregory A. Wolfe | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 07-1903 (JR) |
| | ) | |
| Preston M. Geren, III | ) | |
| Secretary of the Army | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**UPON CONSIDERATION** of plaintiff's consent motion for extension of time to file plaintiff's response to defendant's motion to dismiss, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that plaintiff's response to defendant's motion to dismiss is due on or before February 8, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008