UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY A. WOLFE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-1903 (JR) |
| | ) | |
| PRESTON M. GEREN, III | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

In accordance with LCvR 83.6(a), the Clerk of the Court will please enter the appearance of Raymond J. Toney as counsel of record for the plaintiff in the above-captioned case.

Respectfully submitted,

/s
Raymond J. Toney (NY0066)

The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016-8403
212-686-3434 Ext. 206 (Office)
718-504-4735 (Fax)
Email: rjtoney@rjtlaw.net