UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY A. WOLFE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-1903 (JR) |
| | ) | |
| PRESTON M. GEREN, III | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

In accordance with LCvR 83.6(b), the Clerk of the Court will please enter the withdrawal of appearance of Grant Lattin as counsel of record for the plaintiff in the above-captioned case. A Notice of Appearance has been previously filed by Raymond Toney asking the Clerk of the Court to enter his appearance as counsel of record. Plaintiff acknowledges his consent to this action by his signature below.

Respectfully submitted,

/s_____
Grant Lattin, DC Bar # 436051

Lattin & Bednar, LLP
11970 Shorewood Court
Woodbridge, Virginia  22192
Phone:  (703) 490-0000
Fax:  (703) 991-0454
Email:  Glattin@ArmedForcesLaw.com


_____
Gregory A. Wolfe
Plaintiff