**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
GREGORY A. WOLFE,                    :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 07-1903 (JR)
                                     :
PRESTON M. GEREN III, Secretary      :
of the Army,                         :
                                     :
        Defendant.                   :
```

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim [6] is **GRANTED.**


                                JAMES ROBERTSON
                          United States District Judge